NB:ALB
F.# 2014R01263

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      -against-

JEFFREY I. STARK,

      Defendant.

- - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT. 23 2014 ★

LONG ISLAND OFFICE

INDICTMENT

Cr. No. **CR 14 572**
(T. 18, U.S.C., §§ 505 and 3551 et seq.)

**SPATT, J.**

**LINDSAY, M**

## INTRODUCTION

At all times relevant to this Indictment, unless otherwise indicated:

1.     The defendant JEFFREY I. STARK was a resident of the state of New York.

2.     On or about April 24, 1991, the defendant JEFFREY I. STARK was admitted to practice law in the state of New York. On or about November 20, 2013, STARK was suspended from the practice of law for failing to pay his registration fee.

3.     On or about October 24, 2012, John and Jane Doe, a married couple whose identies are known to the Grand Jury, retained the defendant JEFFREY I. STARK to assist them with obtaining relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"). Specifically, STARK agreed to file a Chapter 7 Petition on behalf of the Does.

4. On or about September 20, 2013, the defendant JEFFREY I. STARK sent John and Jane Doe a forged document, which purported to be an order, dated September 20, 2013, issued by a United States Bankruptcy Judge for the Eastern District of New York and identified by the case number 8-13-76544 (the "Forged Order"). In fact, the Forged Order was completely fabricated and had never been issued or signed by a United States Bankruptcy Judge.

5. On or about March 17, 2014, the Office of the United States Trustee received a copy of the Forged Order and a Chapter 7 Retainer Agreement, as well as a letter alleging that the defendant JEFFREY I. STARK was retained to file a bankruptcy petition for the Does but failed to do so. Upon receipt of the letter, the Office of the United States Trustee ran a search of the Electronic Case Filing System and determined that case number 8-13-76544 did not exist and no such order had ever been issued.

## FORGERY OF BANKRUPTCY JUDGE'S SIGNATURE

6. The allegations contained in paragraphs one through five of this Indictment are realleged and incorporated as if fully set forth in this paragraph.

7. On or about and between October 24, 2012 and September 20, 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JEFFREY I. STARK did knowingly and intentionally forge the signature of a judge of a court of the United States, to wit:

a United States Bankruptcy Judge for the Eastern District of New York, and concur in using such forged signature, for the purpose of authenticating a document, to wit: the Forged Order.

(Title 18, United States Code, Sections 505 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
United States Attorney
Eastern District of New York

F. #2014R0163
FORM DBD-34
JUN. 85

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JEFFREY I. STARK,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 505 and 3551 et seq.)

*A true bill.*

_____ *Foreperson*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____ *Clerk*

Bail, $ _____

*Allen L. Bode, Assistant U.S. Attorney (631) 715-7828*