UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - ---X
                                    :
UNITED STATES OF AMERICA            :
                                    :       APPLICATION FOR
    - against -                     :       UNSEALING ORDER
                                    :
JEFFREY I. STARK,                   :       14 CR 572 (ADS)(ARL)
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - ---X

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Allen L. Bode, is hereby

    ORDERED that the above-entitled Indictment and warrant be unsealed for all purposes.

Dated:  Central Islip, New York
        October 30, 2014

                            SO ORDERED


                            s/ Arlene R. Lindsay
                            _____
                            THE HONORABLE ARLENE R. LINDSAY
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK