**BEFORE:** Arthur D. Spatt U.S.D.J Courtroom
**DATE:** 3/19/15
**TIME:** 9:46 – 10:16
**DOCKET #:** CR-14-0572
**CAPTION:** USA -v- Stark

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 19 2015 ★
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR GUILTY PLEA

**APPEARANCES:**

Defense Counsel: Randi Chavis
☐ CJA ☐ Retained ☒ Federal Defenders

Government: Allen Bode
Interpreter: n/n

Defendant: Jeffrey I. Stark
☒ Present ☐ Not Present ☐ In Custody ☐ Self Surrender

Court Reporter: Paul Lombardi

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his rights.
- ☐ Defendant reads and completes a plea form, Court exhibit #1.
- ☒ Defendant is questioned as to whether he has read and understands the charging instrument and the plea agreement. Defendant has.
- ☒ Defendant is sworn
- ☐ Defendant waives indictment, a waiver is executed.
- ☐ Defendant enters a plea of guilty to count _____.
- ☒ Defendant withdraws previous plea of not guilty and enters a plea of guilty to Ct. 1 .
- ☒ The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial.
- ☒ The Court finds a factual basis for the plea and accepts it.
- ☐ Probation notified and will contact the Court with a date for sentencing upon completion of the PSI.

- ☒ Bail continued.
- ☐ Defendant remanded into custody.
- ☐ Bail package presented: _____
- ☐ The Government ☐ Objects ☐ Has no objections to package.
- ☐ The Court accepts the bail package and refers the matter to the Mag. Judge for bond signing.

Sentence date: 8/7/15 at 1:30 p.m.

Defendant sent to Probation Dept. w/ Probation Notification Form

Plea agreement marked as Court Exhibit 1